**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-1278**

---

CHARLES A. FROMAL; PATRICIA W. FROMAL,

Plaintiffs - Appellants,

versus

LAKE MONTICELLO OWNERS' ASSOCIATION
INCORPORATED, a/k/a Lake Monticello Owners'
Association; RICHARD DOWSWELL, General
Manager, Lake Monticello Owners' Association,
in his official and individual capacity;
KIMBERLY SCHWARTZ, Vice President, Lake
Monticello Owners' Association and individual
capacity; CHARLES ALLBAUGH, Treasurer, Lake
Monticello Owners' Association, and individual
capacity; KIRT D. DOERSCH, President, Lake
Monticello Owners' Association, and individual
capacity; RICHARD SCHWARTZ; DOES, other co-
conspirators,

Defendants - Appellees.

---

**No. 06-1670**

---

PATRICIA W. FROMAL; CHARLES A. FROMAL,

Plaintiffs - Appellants,

versus

LAKE MONTICELLO OWNERS' ASSOCIATION
INCORPORATED, a/k/a Lake Monticello Owners'

Association; RICHARD DOWSWELL, General
Manager, Lake Monticello Owners' Association,
in his official and individual capacity;
KIMBERLY SCHWARTZ, Vice President, Lake
Monticello Owners' Association, and individual
capacity; CHARLES ALLBAUGH, Treasurer, Lake
Monticello Owners' Association, and individual
capacity; KIRT D. DOERSCH, President, Lake
Monticello Owners' Association; RICHARD
SCHWARTZ; DOES, other coconspirators,

                                    Defendants - Appellees.

———————————

Appeals from the United States District Court for the Western
District of Virginia, at Charlottesville. Norman K. Moon, District
Judge. (3:05-cv-00067-nkm)

———————————

Submitted: March 29, 2007          Decided: April 2, 2007

———————————

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

———————————

No. 06-1278, affirmed; No. 06-1670, dismissed by unpublished per
curiam opinion.

———————————

Charles A. and Patricia W. Fromal, Appellants Pro Se. Calvin
Wooding Fowler, Jr., WILLIAMS MULLEN, Richmond, Virginia, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In appeal No. 06-1278, Charles A. Fromal and Patricia W. Fromal appeal from the district court's order denying their motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fromal v. Lake Monticello Owner's Ass'n, No. 3:05-cv-00067-nkm (W.D. Va. Jan. 23, 2006).

In appeal No. 06-1670, the Fromals seek to appeal from the district court's order dismissing their action against Defendants for failure to state a claim for which relief could be granted. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on May 3, 2006. The notice of appeal was filed on June 9, 2006. Because the Fromals failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss

the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 06-1278, <u>AFFIRMED</u>
No. 06-1670, <u>DISMISSED</u>